UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 4:19-cv-141

Name of party requesting extension: Experian Information Solutions, Inc.

Is this the first application for extension of time in this case?   ☑ Yes
☐ No

If no, please indicate which application this represents:   ☐ Second
☐ Third
☐ Other _____

Date of Service of Summons: 06/07/2019

Number of days requested:   ☑ 30 days
☐ 15 days
☐ Other _____ days

New Deadline Date: 07/29/2019   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: William R. Taylor
State Bar No.: 24070727
Firm Name: Jones Day
Address: 717 Texas, Suite 3300
Houston, Texas 77002

Phone: 832-239-3939
Fax: 832-239-3600
Email: wrtaylor@jonesday.com

A certificate of conference does not need to be filed with this unopposed application.