**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **ALEXANDER SANTANA,** *et al.*, | § § § | |
| **Plaintiffs,** | § § | |
| v. | § § | Civil No. 4:19-cv-141-ALM-KPJ |
| **EXPERIAN INFORMATION SOLUTIONS, INC. and SOUTHWEST CREDIT SYSTEMS,** | § § § § | |
| **Defendants.** | § | |

**ORDER**

Plaintiffs Alexander Santana, Andrew Shepherd, Antonio Mann, Arnaldo Rodriguez, Brandon Gibbs, Cassie Duffy, Claudette Hughes, Dion Murphy, Latoya Stewart, Lincoln Parker, Porfirio Dominguez, Rudy Lopez, and Tynesha Hines (together, "Plaintiffs") filed this lawsuit on February 26, 2019, against Defendants Experian Information Solutions, Inc., and Southwest Credit Systems. *See* Dkt. 1. On June 10, 2019, summons was issued to Experian Information Solutions, Inc. *See* Dkt. 2. Summons has not been filed as executed to Experian. Additionally, summons has not been issued to Southwest Credit Systems.

Absent a showing of good cause, any defendant not served within ninety (90) days after the complaint is filed must be dismissed without prejudice for want of prosecution or the Court must order that service be made within a specified time. *See* FED. R. CIV. P. 4(m). More than ninety days have elapsed since suit was filed.

Based on the foregoing, it is hereby **ORDERED** that Plaintiff shall serve Southwest Credit Systems **by July 24, 2019**. If Plaintiff fails to file a notice of service within seven days of July 24, 2019, the Court will recommend Plaintiff's case be dismissed for want of prosecution pursuant to Rule 4(m).

**IT IS SO ORDERED**.

**SIGNED this 12th day of July, 2019.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE