# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **ALEXANDER SANTANA,** *et al.*, | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| v. | § | **ACTION NO. 4:19-CV-141** |
| | § | **JUDGE JORDAN/JUDGE JOHNSON** |
| **EXPERIAN INFORMATION** | § | |
| **SOLUTIONS, INC., and SOUTHWEST** | § | |
| **CREDIT SYSTEMS,** | § | |
| | § | |
| **Defendants.** | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 17, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #26) that Defendants Experian Information Solutions, Inc., and Southwest Credit Systems's (together, "Defendants") Joint Motion for Severance (Dkt. #17) be granted.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Defendants' Joint Motion for Severance (Dkt. #17) is hereby **GRANTED**.

**IT IS THEREFORE ORDERED** that the Clerk of Court shall sever Plaintiffs' claims into individual suits. Each Plaintiff must refile the original Complaint (Dkt. 1) in each matter **by November 14, 2019**. The refiled original Complaint (Dkt. 1) shall be **deemed filed as of February 26, 2019**.

**IT IS FURTHER ORDERED** that Plaintiffs shall filed Amended Complaints within **thirty (30) days** of refiling the original Complaint. Once severed, the Court will consolidate the individual cases for pretrial purposes only.

**So ORDERED and SIGNED this 12th day of November, 2019.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE